**Order entered July 27, 2017**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00658-CR

**SHUNDALE TAYLOR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-75497-Q**

## ORDER

Before the Court is court reporter Trashuna Salaam's July 25, 2017 request to extend time to file the reporter's record. We **GRANT** the request **to the extent** that we **ORDER** the complete reporter's record filed on or before **August 25, 2017.** We **DIRECT** the Clerk of this Court to send copies of this order to Kimberly Thibodeaux, Official Court Reporter for the 204th Judicial District Court, Trashuna Salaam, and all parties.

/s/     LANA MYERS
JUSTICE